# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-053-FDW-DCK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| PETITIONER, | ) ) |
| v. | ) **ORDER** ) |
| JON JOHNSON, | ) ) |
| RESPONDENT. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Request For A Stay" (Document No. 14) filed April 4, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Request For A Stay" (Document No. 14) is **GRANTED with modification**. This matter is hereby **STAYED** until **April 25, 2022**. An extension of this deadline will not be allowed.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Status Report on or before **April 25, 2022**.

**IT IS FURTHER ORDERED** that if the parties fail to resolve the case, Respondent shall file a response to Petitioner's "…Motion To Confirm Arbitration Award" (Document No. 2) on or before **May 2, 2022**.

**SO ORDERED**.

Signed: April 4, 2022

David C. Keesler
United States Magistrate Judge