# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-053-FDW-DCK

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | **ORDER** |
| JON JOHNSON, | ) ) | |
| Respondent. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 16) filed April 25, 2022. By the instant report, the parties indicate that they "continue to negotiate to resolve the issues raised by Petitioner IBM's Petition to Confirm Award." (Document No. 16) (citing Document No. 1). The Court commends the parties' and counsel's efforts to resolve this matter.

The undersigned notes that the Court issued an Order on April 6, 2022, allowing this matter to be stayed until April 25, 2022, and advising the parties that "[a]n extension of this deadline will not be allowed." (Document No. 15). The Court further ordered that if the parties failed to resolve this case, "Respondent shall file a response to Petitioner's '…Motion To Confirm Arbitration Award' (Document No. 2) on or before **May 2, 2022**." Id.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Notice Of Settlement, or Respondent shall file a response to Petitioner's "…Motion To Confirm Arbitration Award" (Document No. 2), on or before **May 2, 2022**.

**SO ORDERED**.

Signed: April 27, 2022

David C. Keesler
United States Magistrate Judge